## FREED *v.* FINCH.

From the St. Joseph Common Pleas.

*C. D. Murray* and *M. Garrigus*, for appellant.

*A. Anderson* and *L. Hubbard*, for appellee.

DOWNEY, C. J.—The submission in this case might be set aside for non-compliance with rule 19 of this court. There is also a failure to comply with rule 1; and the judgment was against two defendants, and only one of them appeals, in disregard of sec. 551, 2 G. & H. 270. For these last two reasons the practice has been to dismiss the appeal.

The appeal is dismissed, with costs.